# Court of Appeals
# of the State of Georgia

ATLANTA,    August 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1561. DAVIS v. THE STATE.**

Appellant Anthony Jahon Davis entered a negotiated guilty plea to one count of aggravated child molestation and one count of child molestation. Acting pro se, he has brought this out-of-time appeal from the judgment of conviction entered on his guilty plea, challenging the voluntariness of the plea and the effectiveness of his plea counsel. The record before us, however, is inadequate to determine these issues.

Therefore, it is hereby ORDERED, that this case is REMANDED to the Superior Court of Baldwin County, so that the trial court may conduct an evidentiary hearing on the issue of whether Davis received ineffective assistance of counsel in entering his guilty plea.

The third enumeration of error is at first blush the most important. Davis asserts now that his plea counsel rendered constitutionally deficient performance by failing to inform Davis that he would be subject to registration as a sex offender under OCGA § 42-1-12. But a close reading of the transcript reveals that there is no doubt but that Davis was explicitly, adequately and repeatedly warned on this precise point by his plea counsel and by the trial court itself. The presence or lack of a warning about registration and a lack's possible prejudicial effect are *not* issues on remand.

Davis's first and second enumeration of error raise more general assertions about due process and the alleged ineffectiveness of plea counsel. It is those vague and general dissatisfactions which must be addressed by the trial court at an evidentiary hearing.

Davis shall have 30 days to file a notice of appeal from the entry of any final order entered by the trial court on remand.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/30/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*